

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 16  PM 3: 09

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN STRIKMILLER, JEANINE JARMON, GERALDINE SHELLING, LOURDES PAMPO, MARY STOCKFLETH, HELENA HARVEY, JOHN BUNCH, KENNETH LAMULLE, MARY FERGUSON, DEBRA CARTER, BILLY LAWRENCE, MARLON PAMPO, *Albert Bridges, Alma Nuss, Trudy Aguirre, Charles F. Waters, Jane L. Pane, Anthony Andrews, Jerry H. Darling-Jr, David L. Karlak, Susan Greene, Arthur Wilson, Ruth Gautreaux, Larry Schernecker, Kevin Lawless, Marlene Campo, Queena Hewitt*, | CIVIL ACTION 01-1499<br><br>NUMBER:<br><br>SECTION: SECT. J MAG. 1<br><br>MAGISTRATE: |

~~ON BEHALF OF THEMSELVES AND ALL THOSE SIMILARLY SITUATED~~ S.S.

VERSUS

ENTRINGER BAKERIES, INC.

**********************************************************************

-1-

Fee $150.00
Process
X Dktd
CtRmDep
Doc.No. 1

## COMPLAINT FOR DAMAGES AND JURY DEMAND

**NOW INTO COURT**, through undersigned counsel, come Stephen Strikmiller, Jeanine Jarmon, Geraldine Shelling, Lourdes Pampo, Mary Stockfleth, Helena Harvey, John Bunch, Kenneth LaMulle, Mary Ferguson, Debra Carter, Billy Lawrence, Marlon Pampo, Albert Bridges, Alma Nuss, Judy Aguirre, Charles F. Waters, Jane L. Pane, Anthony Andrews, Jerry H. Darling Jr., David L. Karlak, Susan Greene, Arthur Wilson, Ruth Gautreaux, Larry Schernecker, Kevin Lawless, Marlene Campo, Quana Hewitt, _____, _____, _____, _____, _____, _____, _____, _____, _____, _____, _____, _____, on behalf of themselves and ~~all those similarly situated~~ SS, and for complaint against Entringer Bakeries, Inc., upon information and belief, aver as follows:

1. Plaintiffs herein are Stephen Strikmiller, Jeanine Jarmon, Geraldine Shelling, Lourdes Pampo, Mary Stockfleth, Helena Harvey, John Bunch, Kenneth LaMulle, Mary Ferguson, Debra Carter, Billy Lawrence, Marlon Pampo, Albert Bridges, Alma Nuss, Judy Aguirre, Charles F. Waters, Jane L. Pane, Anthony Andrews, Jerry H. Darling JR, David L. Karlak, Susan Greene, Arthur Wilson, Ruth Gautreaux, Larry Schernecker, Kevin Lawless, Marlene Campo, Quana Hewitt,

-2-

_____, _____, _____,

_____, _____, _____,

_____, _____, _____, and all similarly situated persons who subsequently file a consent to join in this action. Plaintiffs are all persons of the full age of majority domiciled and residing in the Eastern District of Louisiana.

2. Made defendant herein is Entringer Bakeries, Inc. ("Entringer"), a Louisiana Corporation authorized to do and doing business in the Eastern District of Louisiana, with its principal office located at 3847 Desire Parkway, New Orleans, Louisiana.

3. This Honorable Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 since this action arises under the laws of the United States of America, specifically the Worker Adjustment and Retraining Notification (WARN) Act, 29 U.S.C. § 2102, et seq.

3. At all times material hereto, Entringer was an employer within the meaning of 29 U.S.C. § 2101 (a) in that it employed 100 or more employees, excluding part-time employees, or 100 or more employees who in the aggregate work at least 4,000 hours per week ( exclusive of overtime).

4. At all material times hereto, plaintiffs were employed by Entringer.

5. On or about 16 May 2000, Entringer ceased operating and closed its bakery and retail outlets in and around the City of New Orleans.

6. As a result of the closing of its plant and other facilities, there was an employment loss for more than a 30-day period for approximately 384 employees, including plaintiffs herein.

7. Defendant, Entringer, failed to give notice to its employees of the closing of its plant and other facilities in violation of 29 U.S.C. § 2102.

8. Entringer is liable to plaintiffs as provided for in 29 U.S.C.§ 2104, including 60 days of back pay, any and all benefits under its employee benefit plan, vacation pay, medical insurance premiums, attorneys fees and interest.

9. In addition, plaintiff invoke the supplemental jurisdiction of the Court to enforce La. R.S. 631 and 632, including any penalties which are due pursuant to those statutes.

10. Plaintiff demand trial by jury on all issues.

**WHEREFORE**, plaintiffs, Stephen Strikmiller, Jeanine Jarmon, Geraldine Shelling, Lourdes Pampo, Mary Stockfleth, Helena Harvey, John Bunch, Kenneth LaMulle, Mary Ferguson, Debra Carter, Billy Lawrence, Marlon Pampo, _Albert Bridges_, _Alma Nuss_, _Judy Aguirre_, _Charles F. Walters_, _Jane L Pane_, _Anthony Andrews_, _Jerry H. Darling Jr_, _David L. Karlak_, _Susan Greene_, _Arthur Wilson_, _Ruth Gautreaux_, _Larry Schernecker_, _Kevin Lawless_, _Marlene Campo_, _Quana Hewitt_, _____, _____, _____, _____, _____, _____, _____, and ~~all similarly situated persons~~, pray that after ss. due proceedings had, there be judgment in their favor and against defendant, Entringer Bakeries, Inc. for any and all damages, back pay, benefits, medical insurance premiums, vacation pay, and other appropriate equitable relief, all costs of these proceedings, attorney fees, legal interest, and

for all other legal and equitable relief which is available and which this Court sees fit to grant.

Respectfully Submitted,

*Stephen Strikmiller*
Stephen Strikmiller
2701 Gallo Dr.
Chalmette, Louisiana 70043
Telephone: 504.277.3659

*Jeanine Jarmon*
Jeanine Jarmon
3925 S. I-10 Service Rd., Apt. 111
Metairie, Louisiana 70001
Telephone: 504888.4272

*Albert Bridges*
Name: Albert Bridges
Address: 83 Philip Court
Chalmette, Louisiana 70043
Telephone: 504 600-1084

*Mary R. Stockfleth*
Name: Mary R. Stockfleth
Address: 830 Grove Street
Metairie, Louisiana 70003
Telephone: 504 465-3329

*Alma Nuss*
Name: Alma Nuss
Address: 2525 Nebraska Ave.
Metairie, Louisiana 70003
Telephone: 504 468-1853

*Judy Aguirre*
Name: Judy Aguirre
Address: 6805 Veterans Blvd. Apt N.22
Metairie, Louisiana 70003
Telephone: 504 780-1943

*[signature: John Bunch]*
Name: JOHN BUNCH
Address: 5112 Eastern St
New Orleans, LA. 70122
Telephone: 288-8660

*[signature: Charles F. Walters]*
Name: CHARLES F. WATERS
Address: 81 Driftwood Blvd.
Kenner, Louisiana 70065
Telephone: 504 443-2102

x *[signature: Jane L. Pane]*
Name: JANE L PANE
Address: 3716 Califorina Ave
Kenner, Louisiana 70065
Telephone: 504 467-1212

x *[signature: Billy Lawrence]*
Name: Billy LAWRENCE
Address: 3609 West La. State Drive
Kenner, Louisiana 70065
Telephone: 504 471-0745

+ *[signature: Kenneth W. Lamulle]*
Name: KENNETH W. LAMULLE
Address: 4520 Williams Blvd. Apt S-133
Kenner, Louisiana 70065
Telephone: 504 468-9191

*[signature: Helena S. Harvey]*
Name: HELENA S HARVEY
Address: 3340 North Arnault Street Apt 53
Metairie, Louisiana 70002
Telephone: 504 456-9746

*[signature: Lourdes Pampo]*
Name: LOURDES PAMPO
Address: 2501 Bay St.
New Orleans, LA 70122
Telephone: 943-1198

*Anthony Andrews*
Name: Anthony Richards Andrews
Address: 8316 Palm St.
         New Orleans, Louisiana 70118
Telephone: 504 486-1862

*Jerry H. Darby Jr.*
Name: Jerry H. Darby Jr.
Address: 3017 Law Street
         New Orleans, Louisiana 70117
Telephone: 504 944-8250

*David L. Karlak*
Name: David L. Karlak
Address: 201 Penfold Drive, Place
         Harahan, Louisiana 70123
Telephone: (504) 737-8497

*Susan Greene*
Name: Susan Greene
Address: 2512 Richland Avenue Apt. B
         Metairie, Louisiana 70001
Telephone: 504-780-2769

*Arthur Wilson*
Name: Arthur Wilson
Address: 2011 Flood St.
         New Orleans LA 70117
Telephone: 945-9011

*Mary Fergueson*
Name: Mary Fergueson
Address: 3609 West La. State Drive
         Kenner, Louisiana 70065
Telephone: 504 471-0745

*Debra Carter*
Name: Debra Carter
Address: 3609 West. La. State Drive
         Kenner, Louisiana 70065
Telephone: 504 471-0745

-7-

*Geraldine Schelling* (signature)
Name: Geraldine Schelling
Address: 5429 N. Robertson St.
New Orleans, LA 70117
Telephone: 949-8726

*Marlon Pampo* (signature)
Name: 2501 Bay St
Address: New Orleans, LA 70122
Telephone: 943-1198

*Ruth Gautreaux* (signature)
Name: Ruth Gautreaux
Address: 8541 Deerfield Dr.
Chalmette, LA 70043
Telephone: 277-2195

*Larry Schernecker* (signature)
Name: Larry Schernecker
Address: 2420 West Fanz Rd
St. Bernard, LA. 70085
Telephone: 682-0764

*Kevin Lawless* (signature)
Name: Kevin Lawless
Address: 301 Oak Tree Lane Apt. E
Chalmette, LA 70043
Telephone: 279-3811

*Marlene Campo* (signature)
Name: Marlene Campo
Address: 2004 Kenilworth Dr.
St. Bernard LA. 70085
Telephone: 682-3373

-8-

_(signature: Quana Hewitt)_
Name: Quana Hewitt
Address: 4520 Williams Blvd. Apt S-133
Kenner, Louisiana 70065
Telephone: 504 468-9191

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

Name:
Address:

Telephone:

-9-

**PLEASE SERVE:**

**ENTRINGER BAKERIES, INC.**
**Through its agent for service:**

E. Howell Crosby
2300 Energy Center
1100 Poydras St.
New Orleans, LA 70163