UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR -8 PM 4: 10

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| STEPHEN STRIKMILLER, et al | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 01-1499 |
| | * | |
| ENTRINGER BAKERIES, INC. | * | SECTION: A |
| | * | |
| | * | MAGISTRATE: 1 |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER TO ENROLL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, who respectfully represent that they wish to enroll as their counsel of record ERIC M. SCHROEDER and EDWARD D. CERRONE. Plaintiffs have employed Eric M. Schroeder and Edward D. Cerrone as their attorneys at this point and wish that they be allowed to enroll as counsels of record in this matter

Plaintiffs further represent to this Court that there is currently a bankruptcy proceeding regarding the Defendant, and that there is a Stay Order in effect. This Court has, however, represented to Plaintiffs that the Stay will be lifted in order for counsel to be enrolled Plaintiff's have attached appropriate documentation to this Motion, for the Court's record.

RESPECTFULLY SUBMITTED:

ERIC M. SCHROEDER (25867)
4515 CANAL STREET
NEW ORLEANS, LOUISIANA 70119
(504) 488-1011 TELEPHONE
(504) 488-8590 FAX

DATE OF ENTRY
MAR 1 3 2002

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHEN STRIKMILLER, et al** | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 01-1499 |
| | * | |
| **ENTRINGER BAKERIES, INC.** | * | SECTION: J |
| | * | |
| | * | MAGISTRATE 1 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

**IT IS ORDERED** that ERIC M. SCHROEDER and EDWARD D. CERRONE be and are hereby enrolled as counsel of record in the above entitled and numbered matter

This 12th day of March, 2002, State of Louisiana

_____ "A"
JUDGE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been served upon all known counsel of record by depositing a copy of same in the U. S Mail, postage prepaid and properly addressed this _____ day of _____, 2002.

_____

| FORM B1 | United States Bankruptcy Court<br>Eastern District of Louisiana | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Entringer Bakeries, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): | |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**McKenzie's Pastry Shoppes** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): | |

01-14388

MAY 2...

| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**72-0391080** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3847 Desire Parkway**<br>**New Orleans, LA 70126** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply)<br>☐ Individual(s)          ☐ Railroad<br>■ Corporation          ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other _____ | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br>☐ Chapter 7          ■ Chapter 11          ☐ Chapter 13<br>☐ Chapter 9          ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| Nature of Debts (Check one box)<br>☐ Consumer/Non-Business          ■ Business | Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| Chapter 11 Small Business (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates only)<br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | | |
| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | Entringer E...ries, Inc. |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Marc Leunissen
Signature of Authorized Individual

**Marc Leunissen**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X /s/ John M. Landis
Signature of Attorney for Debtor(s)

**John M. Landis**
Printed Name of Attorney for Debtor(s)

**Stone Pigman Walther Wittmann & Hutchinson**
Firm Name

**546 Carondelet Street**
**New Orleans, LA 70130-3588**
Address

**504-581-3200**
Telephone Number

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.