UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHEN STRIKMILLER, et al** | * | CIVIL ACTION |
| **VERSUS** | * | NUMBER: 01-1499 |
| **ENTRINGER BAKERIES, INC.** | * | SECTION: A |
| | * | MAGISTRATE: 1 |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER TO ADMINISTRATIVELY CLOSE CASE

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, who respectfully request that this Court administratively close the above captioned case for the reasons more fully set forth in the accompanying Memorandum In Support and Notice of Fact.

Wherefore, Plaintiffs pray that this honorable Court administratively close the above captioned case until such time as further action by Plaintiffs or this Court should become possible or necessary.

**RESPECTFULLY SUBMITTED:**

**ERIC M. SCHROEDER (25867)**
**EDWARD D. CERRONE (25614)**
**4515 CANAL STREET**
**NEW ORLEANS, LOUISIANA 70119**
**(504) 488-1011 TELPHONE**
**(504) 488-8590 FAX**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHEN STRIKMILLER, et al** | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 01-1499 |
| | * | |
| **ENTRINGER BAKERIES, INC.** | * | SECTION: A |
| | * | |
| | * | MAGISTRATE: 1 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

**IT IS ORDERED** that the above captioned case be and hereby is administratively closed pending further action by Plaintiffs or this Court.

This _____ day of _____, 2002, State of Louisiana.

_____
**JUDGE**


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been served upon all known counsel of record by depositing a copy of same in the U. S Mail, postage prepaid and properly addressed this 8th day of May, 2002.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHEN STRIKMILLER, et al** | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 01-1499 |
| | * | |
| **ENTRINGER BAKERIES, INC.** | * | SECTION: A |
| | * | |
| | * | MAGISTRATE: 1 |

* * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## MOTION AND ORDER TO ADMINISTRATIVELY CLOSE CASE

MAY IT PLEASE THE COURT:

Plaintiffs filed the above captioned case in order that they might seek redress from their former employer, Entringer Bakeries, Inc., for back wages and benefits allegedly due them under federal and state law. The Petition, which was filed *pro se*, was later served on Entringer Bakeries, Inc. No Answer has been filed to date, and at this time, the only pleading filed in this case is Plaintiffs' Motion and Order to Enroll Counsel of Record.

Plaintiffs have been unable to take further action in the prosecution of this matter due to Entringer Bakeries, Inc.'s bankruptcy filing, *In re Entringer Bakeries, Inc.*, United States Bankruptcy Court for the Eastern District of Louisiana, Case # 01-14388. The resultant automatic stay has prevented Plaintiffs from pursuing any action in front of this Court. The sole exception to date was the filing of the Motion And Order To Enroll Counsel of Record, for which limited purpose the stay was specifically ordered lifted by

the Honorable Judge Carl J. Barbier in open court on January 16, 2002. Judge Barbier presided over this case at that time.

Further, the Plaintiffs have filed the appropriate Proof of Claim forms with the Bankruptcy Court, and are attempting to redress the grievances underlying the present suit through the appropriate bankruptcy proceedings. To date, the Plaintiffs have not received redress from the estate of Entringer Bakeries, Inc. For the purposes of preserving a claim which would otherwise prescribe, Plaintiffs desire that their case not be dismissed outright by this Court.

For the foregoing reasons, Plaintiffs pray that this Honorable Court take the steps necessary to administratively close this case pending further action by Plaintiffs or this Court.

                            **RESPECTFULLY SUBMITTED:**

                            */s/ signature*

                            **ERIC M. SCHROEDER (25867)**
                            **EDWARD D. CERRONE (25614)**
                            **4515 CANAL STREET**
                            **NEW ORLEANS, LOUISIANA 70119**
                            **(504) 488-1011 TELPHONE**
                            **(504) 488-8590 FAX**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHEN STRIKMILLER, et al** | * | CIVIL ACTION |
| **VERSUS** | * | NUMBER: **01-1499** |
| **ENTRINGER BAKERIES, INC.** | * | SECTION: J A |
| | * | MAGISTRATE: 1 |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FACT REGARDING ADMINISTRATIVE CLOSURE

MAY IT PLEASE THE COURT.

As attorney of record for Plaintiffs in the above captioned case, Eric M. Schroeder hereby notices the Court of the following facts which relate to the administrative closure of said case, and which undersigned warrants to be true and correct to the best of his knowledge:

1. Eric M. Schroeder and Edward D Cerrone are enrolled as attorneys of record for Plaintiffs in the above captioned matter, by way of a Motion And Order to Enroll Counsel of Record

2. Entringer Bakeries, Inc., Defendant in this case, filed on May 29, 2001 for protection under Chapter 11 of the United State Bankruptcy Code. Said bankruptcy was filed with the Bankruptcy Court for the Eastern District of Louisiana, and bears the case number 01-14388

3. As a result of the bankruptcy filing by Defendant, Plaintiffs have been unable to proceed with the present case due to the stay in effect.

4       Plaintiffs have filed the necessary Proof of Claim forms in order to proceed against the bankruptcy estate for many of the same damages claimed in the present case before this Court.

5.      Plaintiffs have previously filed, attached to the Motion and Order to Enroll Counsel of Record, a copy of the Petition for Bankruptcy filed by Defendant.

6.      Plaintiffs' counsel received, in open court, a limited lifting of the bankruptcy stay from the Honorable Judge Carl J. Barbier for the limited and express purpose of filing the aforementioned Motion and Order to Enroll Counsel of Record.

7.      Plaintiffs' counsel believes that the possibility of the bankruptcy proceeding rendering the current suit moot, as well as the ongoing stay order, render the continuation of this case on the Court's active docket as unnecessary

8.      Plaintiffs' counsel believes that the administrative closure of this case, pending resolution of the bankruptcy is appropriate at this time

**Eric M. Schroeder (25867)**