UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHEN STRIKMILLER, et al** | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 01-1499 |
| | * | |
| **ENTRINGER BAKERIES, INC.** | * | SECTION: JA |
| | * | |
| | * | MAGISTRATE: 1 |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION & ORDER TO CONTINUE CALL DOCKET WITH INCORPORATED MEMORANDUM

ON MOTION OF, petitioners through undersigned counsel, suggest to this Honorable Court, that the above named and numbered matter appears on April 23, 2003, "call docket." Counsel is scheduled for trial in Criminal District Court for the Parish of Orleans at the same time. Additionally, counel is in the process of preparing pleadings to "pierce the corporate veil" in order to pursue Donald Entringer personally, in place of the current defendant Entringer Bakeries, Inc., who has not filed an Answer and is currently involved in a bankruptcy filing. The appropriate pleadings shall be filed prior to the May 23, 2003, call docket and will therefore allow this case to proceed and avoid dismissal for lack of action by the plaintiffs.

DATE OF ENTRY
APR 25 2003

**WHEREFORE**, plaintiffs suggest that this Honorable Court grant an additional thirty (30) days in which to allow petitioners to take appropriate action against the defendants herein.

**RESPECTFULLY SUBMITTED:**

**ERIC M. SCHROEDER (25867)**
**EDWARD D. CERRONE (25614)**
**4515 CANAL STREET**
**NEW ORLEANS, LOUISIANA 70119**
**(504) 488-1011 TELPHONE**
**(504) 488-8590 FAX**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has this day been served upon all known counsel of record by depositing a copy of same in the U. S Mail, postage prepaid and properly addressed this 23 day of April, 2003.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **STEPHEN STRIKMILLER, et al** | * | CIVIL ACTION |
| **VERSUS** | * | NUMBER: **01-1499** |
| **ENTRINGER BAKERIES, INC.** | * | SECTION: **J** |
| | * | MAGISTRATE: **1** |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE AFOREMENTIONED**;

IT IS HEREBY ORDERED, that the above named and numbered matter be removed from the April 23, 2003, call docket, and that a continuance of thirty (30) days be and is hereby granted to petitioners in order that they may take action against the defendants herein.

This 24th day of April, 2003, New Orleans, Louisiana.

_____
U.S. DISTRICT JUDGE