UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUN 18 PM 4:48

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **STEPHEN STRIKMILLER, et al** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NUMBER: 01-1499 |
| | * | |
| **ENTRINGER BAKERIES, INC.** | * | SECTION: A |
| | * | |
| | * | MAGISTRATE: 1 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully request that their initial complaint for damages be amended to include the following allegations:

I

All allegations in the original Complaint are incorporated herein as if copied *en extenso*, except as they are altered or amended in the following paragraphs.

II

Any and all actions herein alleged in the original complaint for damage were committed by **Donald Entringer**.

III

That all damages sustained by plaintiffs were the direct result of decisions made either by **Donald Entringer** personally, or by his agents or representatives, said decisions being made with his prior knowledge and full approval.  More specifically, the loss of wages, vacation time, and benefits, together with other losses sustained by plaintiffs Fee

___ Process _CAA_ _Osms_
_X_ Dktd _CAA_
___ CtRmDep___
___ Doc. No. _17_

complained of in their initial petition are the direct result of actions by defendant **Donald Entringer** and/or individuals or corporations for which he is solely responsible and/or the sole decision maker.

**WHREFORE**, plaintiffs pray that this Amended Complaint be deemed good and sufficient and that a copy of the amended complaint be served together with a copy of the initial Complaint for Damages in this matter and that defendant, **Donald Entringer**, be required to answer same and that after a full hearing in this matter, he be found liable jointly or *in solido* to plaintiffs for the full extent of their damages together with interest from the date of demand and any other relief which this court deems just and fair, including all costs and attorneys fees.

            **RESPECTFULLY SUBMITTED:**

            *[signature]*
            **ERIC M. SCHROEDER (25867)**
            **EDWARD D. CERRONE (25614)**
            **4515 CANAL STREET**
            **NEW ORLEANS, LOUISIANA 70119**
            **(504) 488-1011 TELPHONE**
            **(504) 488-8590 FAX**